UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-22952-DPG

LIZA PRAMAN,

    Plaintiff,

v.

ASTOR EB-5 LLC, a Florida
Limited Liability Company, and
DAVID J. HART, Individually,

    Defendants.

_____/

## PLAINTIFF LIZA PRAMAN'S RULE 26 (a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26 (a) (1) (a), (b), (c) and (d) of the Federal Rules of Civil Procedure, Plaintiff makes the initial disclosures set forth below.

## GENERAL STATEMENT

Plaintiff does not intend to disclose information that is privileged or is otherwise immune from discovery. Disclosure of any information protected by the attorney-client privilege, work product doctrine or any other applicable privilege, except pursuant to a specific written agreement covering such information, shall be deemed inadvertent. Inadvertent disclosure of any such information shall not constitute a waiver or prejudice of any privilege or any other ground for objecting to discovery with respect to any such information nor shall such inadvertent disclosure waive or prejudice the right of Plaintiff to object to the use of any such information during this or any subsequent proceeding. The responses herein are based on the best information available to Plaintiff as of this date. Plaintiff reserves the right to modify, amend and/or supplement these responses. Plaintiff's response to any of these Requests shall not constitute an admission by it that the information is properly discoverable or admissible at trial,

1

and shall not constitute a waiver of any objection which might otherwise be made to the disclosure of such information.

Plaintiff will produce responsive, non-privileged documents, to the extent such documents exist and are in Plaintiff's possession, custody and control, at the office of Plaintiff's undersigned counsel at 44 West Flagler Street, Suite 2200, Miami, Florida 33130 at a date and time mutually convenient to the parties' respective counsel.

These disclosures are based on information reasonably available to Plaintiff as of the date of this document. Plaintiff reserves the right to supplement these disclosures based on information obtained in the course of discovery or further factual investigation.

Subject to the foregoing, Plaintiff makes the following disclosures.

A. <u>The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support his/her claims or defenses, unless solely for impeachment, identifying the subjects of the information:</u>

**Response**:

1. Liza Praman—Plaintiff
   c/o Anthony M. Georges-Pierre, Esq.
   Courthouse Tower
   44 West Flagler Street, Suite 2200
   Miami, Florida 33130
   *(Knowledge as to Plaintiff's duties, hours worked, and inquiries made of supervisors)*

2. David J. Hart
   c/o Defendant
   *(Knowledge as to Plaintiff's duties, hours worked, and inquiries made about wages)*

3. Amanda Mosquera
   c/o Defendant
   *(Knowledge as to Plaintiff's duties, hours worked, and inquiries made about wages)*

4. Robert Van Eerde – Former Supervisor
   305-934-7797
   *(Knowledge as to Plaintiff's duties, hours worked, and inquiries made about wages)*

5. Florence Rodriguez – Former Co-worker
   c/o Defendant
   *(Knowledge as to Plaintiff's duties and hours worked)*

6. Laura Rosas – Former Co-worker
   c/o Defendant
   *(Knowledge as to Plaintiff's duties and hours worked)*

7. Marvin Suarez – Former Co-worker
   305-988-0555
   *(Knowledge as to Plaintiff's duties and hours worked)*

8. Kiara Nunes – Former Co-worker
   786-319-6501
   *(Knowledge as to Plaintiff's duties and hours worked)*

9. Julio Grena – Former Co-worker
   786-328-1784
   *(Knowledge as to Plaintiff's duties and hours worked)*

10. Raymond Estrada – Former Co-worker
    305-968-2020
    *(Knowledge as to Plaintiff's duties and hours worked)*

11. Those persons listed in Defendants' initial disclosures filed or to be filed, and any other persons identified in Plaintiff's or Defendants' discovery or identified in other pleadings, motions, depositions.

    The above individuals are believed to have knowledge of Defendants' payment practices, and Plaintiff's schedules and duties.

B.   <u>A copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support his/her claims or defenses, unless solely for impeachment</u>:

**Response:**

1. Pay stubs

2. W-2's

    C.    <u>A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.</u>

**Response:**

Based on Plaintiff's earning statements, Plaintiff is owed half wages calculated at a rate of $11.71 per hour for approximately 17 hours a week for 60 weeks. Total half wages are in the amount of $<u>11, 944.20</u> (unliquidated).

    D.    <u>For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.</u>

**Response:** None Applicable

Dated: October 16, 2017

Respectfully submitted by,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**Rainier Regueiro, Esq.**
Florida Bar No. 115578
**Chandrese Colebrooke, Esq.**
Florida Bar No. 123336
**REMER & GEORGES-PIERRE, PLLC**
COURTHOUSE TOWER
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
Email: agp@rgpattorneys.com
Email: rregueiro@rgpattorneys.com
Email: ccolebrooke@rgpattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Rodolfo Gomez**
Florida Bar No. 820903
rgomez@fordharrison.com
FordHarrison, LLP
100 S.E. 2nd Street
Suite 2150
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
Attorneys for Defendants

**Rainier Regueiro, Esq.**
Florida Bar No. 115578